# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Brown, | No. CV-16-00162-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Life Insurance Company of North America, | |
| Defendant. | |

In an Order dated and signed on June 30, 2017 (filed on July 3, 2017-Doc. 49), the Court stated in part that: "The administrative record in this case (and from Judge Bury's previous case with Plaintiff) shall be filed under seal." *See* Doc. 49. The parties shall provide paper courtesy copies of that Order directly to chambers, but shall not file paper copies with the Clerk's Office. Rather, as to the filing of the administrative record with the Clerk's Office, the parties shall only submit the record on CD-ROM, and as it is sealed, shall further comply with administrative policies and procedures which state: "If the document to be sealed exceeds 50 pages in length, a .pdf version of that document must also be included on a CD ROM. (If the document exceeds ten (10) megabytes, it must be submitted in multiple segments, not to exceed ten (10) megabytes each.)."

Dated this 31st day of August, 2017.

Honorable James A. Soto
United States District Judge